

Shawn

iMessage
Aug 28, 2019, 3:35 PM

Bud, I asked Kathi to check with you: Ohio or MO LLC? I said you should ask your accountant.

Aug 29, 2019, 10:19 AM






Shawn

Interesting; please ignore

If she calls you – please say you can't discuss Kirby matters as it's part of ongoing litigation and hang up.



And then let me know



Sep 30, 2019, 5:47 PM


What's up with Cali lease

You'll have my comments tomorrow

Oct 2, 2019, 11:03 AM


Joel

Text Message
Sep 12, 2019, 2:56 PM

> Hat time does Vip party start and end

Who is this?

Sorry you're not in my phone so just trying to make sure I have my contacts straight

> Bud Miley

8pm to 11pm. Hi Bud!

You + 1?

You're on there, see ya there!

> Thank you Joel see you there

Sep 13, 2019, 4:32 PM

> Hi Joel please send me

Text Message

<mark>7:32</mark> ...ll LTE


Leigh

> Hi Leigh. Have someone coming town that I would like Vince present
> Do u know if he is out of town any days next week? Thanks

Oct 1, 2019, 11:09 AM

> Sorry thought u were back today. I just saw ur off.
> Disregard email from Carmen saying I'm looking for u. Safe travels

Oct 1, 2019, 1:11 PM

I'll be back tomorrow. I can process your commission wire tomorrow if that works for you?

> No prob. Was really seeing if I had mail. lol

  
       

<mark><mark>Case 4:21-cv-00838-BCW   Document 25-10   Filed 08/03/22   Page 4 of 11</mark>  Ex. 10</mark>

7:30          ..ıl LTE



Joel

> Hi Joel please send me SpraySeeMo schedule of events. Thanks bro This is Bud Mikey

> Miley

Hey Bud! Here is a copy of the event flyer

Tap to Load Preview

drive.google.com >

Oct 2, 2019, 10:43 AM

> Hi Joel, sent in response late for Sensatia Media/VIP. Can I plus 1 still go. If not not no prob just planning the week

I have you added plus one.

  

       



Joel

I have you added plus one. Sorry had it done yesterday but forgot to confirm with you and let you know that you're good to go.

> Thanks Joel



Oct 3, 2019, 4:00 PM

> What time is event tonight sitting with Vince

Doors are at 8 p.m.

> I would send Vince a text verifying the time he needs to b there for the press meeting

Dec 13, 2019, 1:24 PM




Jamie

September 24th, 2019
07:00AM

### Partially Shipped / Backorder (Unpacked) Report

| Name | Needed |
|---|---|
| Terpene Rich Topical Serum (15mL) | 8 |
| Terpene Rich Hemp Oil Clearomizer (Flavor Strawberry) | 4 |
| Shaman POS - IPAD VERSION w/ Square Terminal | 1 |

### Orders That We Owe Items (2)

| Order # Name | Unpacked Products | Phone | Date | Days Past |
|---|---|---|---|---|
| | 4 x Terpene Rich Hemp | | | |



Sep 30, 2019, 12:55 PM

My retired NFL pro is very interested in Ohio. How many franchisees are there in the state. He has been involved with Buffalo Wild Wings.

Sep 30, 2019, 8:51 PM

  iMessage 

       



Jamie

with Buffalo Wild Wings.

Sep 30, 2019, 8:51 PM

> Jamie, Sorry for delay. I started texting them phone rang and forgot about it til now. 1 open and 5 more sold. Picking up fast as just became legal in July

👍👍. Ty

> Let me know if I can help with ur friend

K

Oct 8, 2019, 5:36 PM

> Hi Jaimie Im bringing a guest to factory around 1 Picking him from airport at 12.15 sorry for late notice but, can u

  iMessage 

       

7:30 ...il LTE

 

Jamie

**Partially Shipped / Backorder (Unpacked) Report**

| Name | Needed |
|---|---|
| CBD Honey Sticks THC Free | 1 |

**Orders That We Owe Items (1)**

| Order # | Name | Unpacked products | Phone | Date | Days Past |
|---|---|---|---|---|---|
| #250285 | Ben Tonkin | 1 x CBD Honey Sticks THC Free | ±1282 22537 31 | 2019-10-10 2 08.44 | 30 days |

Oct 12, 2019, 11:51 AM

For some reason he ordered THC free sticks. Carmella was calling him to confirm he ordered them free or he wanted with THC.



One away from perfect 😂😂😂

Oct 17, 2019, 5:43 PM

Marc just told me the factory

  ( iMessage ) 

       



**Jamie**

> Hi Jamie. Reminder we have Winky Wright touring factory tomorrow. I pick him up at airport at 9:10 am and go directly to airport

> Directly to Factory

No problem

*Nov 4, 2019, 7:36 PM*

> Thx

You got it

*Nov 5, 2019, 9:25 AM*

> Arrive in 10 min

Ok

*Nov 16, 2019, 3:13 PM*



+1 (419) 967-7667

iMessage
Nov 6, 2019, 5:21 PM

Hey this is Sam from Metro my brother told me to talk to you about setting up CBD products in our store. Can you send me a catalog with what you have available and what marketing banners or flyers your have as well. Thank you

Hi Sam.. What City r u located

Read 11/6/19

Cleveland, OH

44111